The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VULCAN INC., | NO. 2:21-cv-00336-BJR |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, LLOYD'S OF LONDON SYNDICATE 1886 (QBE LEAD), EVEREST INDEMNITY INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, LLOYD'S OF LONDON SYNDICATE 2003 (XLC LEAD), WESTPORT INSURANCE CORPORATION, GREAT LAKES INSURANCE SE, INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, EVANSTON INSURANCE COMPANY, LLOYD'S OF LONDON SYNDICATE 1686 (AXS LEAD), PARTNER RE IRELAND INSURANCE DAC, LLOYD'S OF LONDON SYNDICATE 0382 (HDU LEAD), LLOYD'S OF LONDON SYNDICATE 1414 (ASC LEAD), | |
| Defendants. | |

The Court has considered the parties' Stipulated Motion to Stay Proceedings in this action, and for good cause shown,

IT IS HEREBY ORDERED that this action is stayed until August 26, 2021. The parties shall submit to the Court a joint status report on or before August 26, 2021. Vulcan shall file an Amended Complaint within ten (10) business days of the stay being lifted, obviating the need for the Defendant Insurers to respond to the current iteration of the Complaint.

DATED this 28th day of May, 2021.

*/s/ Barbara J. Rothstein*

Hon. Barbara J. Rothstein
United State District Judge