The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VULCAN INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, et al., <br><br> Defendants. | NO. 2:21-cv-00336-BJR <br><br> JOINT STATUS REPORT AND ORDER GRANTING 60-DAY EXTENSION OF STAY |

Further to the Court's Minute Order of May 28, 2021, in which the Court stayed the above-captioned matter until August 26, 2021, and instructed the parties to submit a joint status report on or before August 26, 2021, the parties provide the following report:

**A.  Status of the Case**

This is a declaratory judgment action filed by Vulcan on its behalf and that of its affiliated companies relating to damages incurred as a result of government-ordered shutdowns of various businesses and business enterprises relating to the COVID-19 pandemic.  The Vulcan action is brought under a tower of commercial property insurance policies issued by defendant insurers to Vulcan as the First Named Insured and its subsidiaries, among other interests as set

JOINT STATUS REPORT AND ORDER - 1
No. 2:21-cv-00336-JRC

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

forth in the policies. The instant legal action was filed in order to preserve Vulcan's claims under the respective insurers' policies, and soon thereafter, the Court granted the parties' joint motion to stay this action while defendant insurers continued their investigations of Vulcan's insurance claims.

On August 25, Vulcan received a coverage position from all defendant insurers except one, Evanston Insurance Company ("Evanston"). Endurance provided its coverage position on March 10, 2021, Zurich on August 17, 2021, and Interstate on August 26, 2021. With the exception of Zurich and Interstate, all responding insurers have denied coverage for all claims. Zurich and Interstate agreed to cover a Vulcan claim for Interruption by Communicable Disease, subject to adjustment of the claimed losses to measure the amount of covered loss.

**B.    Subject Matter Jurisdiction**

Vulcan filed this lawsuit in federal court on the basis of diversity jurisdiction but has just recently raised, and is currently investigating, questions regarding the amount in controversy and diversity of citizenship. While the Insurers cooperate with Vulcan during its investigation, this Court retains, and no defendant insurer waives, this Court's diversity jurisdiction. Similarly, Vulcan does not waive any rights it may have with regard to contractual or extracontractual claims arising out of the Insurers investigation and compliance with Washington's Unfair Claims Settlement Practices Act.

**C.    Request for Extension of Stay**

In order to provide the Court with accurate information regarding subject matter jurisdiction, the parties request an extension of the current stay of litigation for an additional 60 days to October 26, 2021. After the expiration of this 60-day extended stay, the parties will

JOINT STATUS REPORT AND ORDER - 2
No. 2:21-cv-00336-JRC

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

jointly provide the Court with sufficient information to allow the Court to determine whether diversity subject matter jurisdiction exists, and if the parties dispute whether diversity exists.

**Counsel for Plaintiff Vulcan, Inc.:**

DATED: August 26, 2021

s/ *Dale L. Kingman*
Dale L. Kingman, WSBA #07060
Greg D. Pendleton, WSBA #38361
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
dkingman@gordontilden.com
gpendleton@gordontilden.com

**Counsel for Everest Indemnity Ins. Co., Arch Specialty Ins. Co., Lloyd's of London Syndicate 2003 (XLC Lead), Great Lakes Insurance SE, Int'l Ins. Co. of Hannover SE, Lloyd's of London Syndicate 1414 (ASC Lead), and Syndicate 1686 (AXS Lead):**

DATED: August 26, 2021

s/ *Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
P: 206-689-8500
cforsberg@FoUm.law

DATED: August 26, 2021

s/ *Jonathan R. MacBride*
Jonathan R. MacBride (admitted *pro hac vice*)
Zelle LLP
1635 Market Street, Suite 1600
Philadelphia, PA 19103
P: 484.532.5341
jmacbride@zelle.com

JOINT STATUS REPORT AND ORDER - 3
No. 2:21-cv-00336-JRC

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

| | |
|---|---|
| DATED:  August 26, 2021 | s/ *Matthew Gonzalez* |
| | Matthew Gonzalez (admitted *pro hac vice*) |
| | Zelle LLP |
| | 45 Broadway, Suite 920 |
| | New York, NY  10006 |
| | P: 646-876-4410 |
| | mgonzalez@zelle.com |

**Counsel for Evanston Insurance Co.:**

| | |
|---|---|
| DATED:  August 26, 2021 | s/ *Marilee C. Erickson* |
| | Marilee C. Erickson, WSBA #16144 |
| | Reed McClure |
| | 1215 Fourth Avenue, Suite 1700 |
| | Seattle, WA  98161-1087 |
| | P:  206-292-4900 |
| | merickson@rmlaw.com |

| | |
|---|---|
| DATED:  August 26, 2021 | s/ *P. Bruce Converse* |
| | P. Bruce Converse |
| | Dickinson Wright, PLLC |
| | 1850 N. Central Avenue, Suite 1400 |
| | Phoenix, AZ  85004 |
| | P:  602-285-5044 |
| | bconverse@dickinson-wright.com |

**Counsel for Zurich American Insurance Company:**

| | |
|---|---|
| DATED:  August 26, 2021 | s/  Michael E. Ricketts |
| | Michael E. Ricketts, WSBA #9387 |
| | Gordon Thomas Honeywell LLP |
| | 520 Pike Street, Suite 2350 |
| | Seattle, WA  98101 |
| | P:  206-676-7500 |
| | mricketts@gth-law.com |

JOINT STATUS REPORT AND ORDER - 4
No. 2:21-cv-00336-JRC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

|  |  |
|---|---|
|  | **Counsel for Endurance American Specialty Ins. Co., Continental Cas. Co., and Lloyd's Underwriter Syndicate No. 0382 HDU:** |
| DATED:  August 26, 2021 | s/ *Susan Koehler Sullivan* |
|  | Susan Koehler Sullivan, WSBA #21725 |
|  | Clyde & Co. US LLP |
|  | 355 S. Grand Avenue, Suite 1400 |
|  | Los Angeles, CA  90071 |
|  | P:  213-358-7600 |
|  | susan.sullivan@clydeco.us |
|  |  |
|  | **Counsel for Westport Insurance Corp.:** |
| DATED:  August 26, 2021 | s/ *Anthony Todaro* |
|  | Anthony Todaro, WSBA #30391 |
|  | DLA Piper LLP (US) |
|  | 701 Fifth Avenue, Suite 6900 |
|  | Seattle, WA  98104 |
|  | P:  206-839-4800 |
|  | anthony.todaro@us.dlapiper.com |
|  |  |
|  | **Counsel for Interstate Fire & Casualty Co.:** |
| DATED:  August 26, 2021 | s/ *Anthony Todaro* |
|  | Anthony Todaro, WSBA #30391 |
|  | Joseph Davison, WSBA #51264 |
|  | DLA Piper LLP (US) |
|  | 701 Fifth Avenue, Suite 6900 |
|  | Seattle, WA  98104 |
|  | P:  206-839-4800 |
|  | anthony.todaro@dlapiper.com |
|  | joseph.davison@dlapiper.com |

JOINT STATUS REPORT AND ORDER - 5
No. 2:21-cv-00336-JRC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| | **Counsel for Lloyd's of London Syndicate 1886 (QBE Lead) and Partner Re Ireland Insurance DAC:** |
| DATED:  August 26, 2021 | s/ *Daniel R. Bentson* <br> Daniel R. Bentson, WSBA #36825 <br> Gardner U. Reed, WSBA #55630 <br> Bullivant Houser Bailey, PC <br> 925 Fourth Ave., Suite 3800 <br> Seattle, WA  98104 <br> P:  206.292.8930 <br> dan.bentson@bullivant.com <br> gardner.reed@bullivant.com |

### ORDER

At the request of the parties, the stay in this case is hereby extended by 60 days, until October 26, 2021.  The parties shall file a joint status report on or before that date.  IT IS SO ORDERED.

DATED this 27th day of August, 2021.

_____
Hon. Barbara J. Rothstein
United States District Judge

JOINT STATUS REPORT AND ORDER - 6
No. 2:21-cv-00336-JRC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477