The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VULCAN LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | NO. 2:21-cv-00336-BJR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

THIS MATTER came before the Court on Plaintiff Vulcan LLC's Motion for Leave to File First Amended Complaint. The Court has duly considered the files and records herein, and the below-listed pleadings, papers, declarations, and exhibits submitted by the parties:

　　1.　　Vulcan's Motion for Leave to File First Amended Complaint, with exhibit;

　　2.　　Declaration of Greg Pendleton, with exhibits;

　　3.　　Defendants' Response, if any;

　　4.　　Vulcan's Reply, if any; and

　　5.　　The papers and pleadings on file with the Court.

Having been fully advised, the Court ORDERS as follows:

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT - 1
No. 2:21-cv-00336-JRC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

- Vulcan's Motion for Leave to File First Amended Complaint is GRANTED;

- Vulcan is ORDERED to file its First Amended Complaint within 10 days of this Order.

DATED this 13th day of May, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT - 2
No. 2:21-cv-00336-JRC

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477