THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VULCAN LLC; FOOTBALL NORTHWEST LLC; TRAIL BLAZERS INC; EXPERIENCE LEARNING COMMUNITY (dba MoPOP); FIRST & GOAL INC.; and RIP CITY MANAGEMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; INTERSTATE FIRE & CASUALTY COMPANY; DOES 1-100; THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. BOWPN1900599; THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. BOWPN1900606; THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. BOWNP1900601; THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. BOWPN1900820; THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. BOWPN1900772; EVEREST INDEMNITY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; | No.: 2:21-cv-00336-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT NO.: 2:21-CV-00336-BJR — PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

CONTINENTAL CASUALTY COMPANY; DOES 101-200; WESTPORT INSURANCE CORPORATION; GREAT LAKES INSURANCE SE; INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE; EVANSTON INSURANCE COMPANY; DOES 201-300; PARTNER RE IRELAND INSURANCE DAC; DOES 301-400; DOES 401-500,

    Defendants.

## STIPULATION

Plaintiffs and Defendants, by and through their attorneys, agree that Defendants shall have until July 7, 2022 to answer or otherwise respond to Plaintiffs' First Amended Complaint (Dkt 64). Plaintiffs and Defendants further agree that in so extending this deadline, neither Plaintiffs nor Defendants waive any right, claim, or defense in this action, with the sole exception that Defendants agree not to challenge service under Rules 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure.

DATED: May 27, 2022

| GORDON TILDEN THOMAS & CORDELL, LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: s/ Greg Pendleton<br> Dale L. Kingman, WSBA #07060<br> Greg D. Pendleton, WSBA #38361<br> Samantha Pitsch, WSBA #54190<br><br>Email: dkingman@gordontilden.com<br>   gpendleton@gordontilden.com<br>   spitsch@gordontilden.com<br><br>*Attorneys for Plaintiff* | By: s/ Daniel R. Bentson<br> Daniel R. Bentson, WSBA #36825<br><br>Email: dan.bentson@bullivant.com<br><br>HINSHAW & CULBERTSON<br><br>By: s/ Courtney Murphy<br> Courtney Murphy, *pro hac vice*<br> (pending)<br><br>Email: courtney.murphy@hinshaw.com<br><br>*Attorneys for Defendants Certain Underwriters at Lloyd's London* |

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
NO.: 2:21-CV-00336-BJR
PAGE 2
Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| | |
|---|---|
| | *Subscribing to Policy Nos. BOWPN1900599 and BOWPN1900606, and Partner Re Ireland Insurance DAC* |
| CLYDE & CO. US, LLP | FORSBERG & UMLAUF, P.S. |
| By: s/ Susan K. Sullivan<br>    Susan K. Sullivan, WSBA #21725<br><br>Email: susan.sullivan@clydeco.us<br><br>*Attorneys for Defendants Endurance American Specialty Insurance Company, Continental Casualty Company, and Certain Underwriters at Lloyd's London Subscribing to Policy No. BOWPN1900601* | By: s/ Carl E. Forsberg<br>    Carl E. Forsberg, WSBA #17025<br><br>Email: cforsberg@foum.law<br><br>ZELLE, LLP<br><br>By: s/ Jonathan R. MacBride<br>    Jonathan R. MacBride, *pro hac vice*<br>    Matthew L. Gonzalez, *pro hac vice*<br><br>Email: jmacbride@zelle.com<br>         mgonzalez@zelle.com<br><br>*Attorneys for Defendants Everest Indemnity Insurance Company, Arch Specialty Insurance Company, Great Lakes Insurance SE, International Insurance Company of Hannover, SE, and Certain Underwriters at Lloyd's London Subscribing to Policy Nos. BOWPN1900599, BOWPN1900820, and BOWPN19007722* |
| DLA PIPER, LLP (US)<br><br>By: s/ Anthony Todaro<br>    Anthony Todaro, WSBA #30391<br><br>Email: anthony.todaro@dlapiper.com<br><br>*Attorneys for Defendant Interstate Fire & Casualty Company and Westport Insurance Corporation* | REED MCCLURE<br><br>By: s/ Marilee C. Erickson<br>    Marilee C. Erickson, WSBA #16144<br><br>Email:  merickson@rmlaw.com<br><br>DICKINSON WRIGHT, PLLC<br><br>By: s/ P. Bruce Converse<br>    P. Bruce Converse, *pro hac vice*<br><br>Email: bconverse@dickinson-wright.com |

| | |
|---|---|
| | *Attorneys for Defendants Evanston Insurance Company* |
| GORDON THOMAS HONEYWELL, LLP<br><br>By: s/ Michael E. Ricketts<br>　　　Michael E. Ricketts, WSBA No. 9387<br><br>Email: mricketts@gth-law.com<br><br>*Attorneys for Defendant Zurich American Insurance Company* | |

DATED this 27th day of May, 2022.

*[signature]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

4865-7300-5856.1

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
NO.: 2:21-CV-00336-BJR

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930