THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VULCAN LLC; et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; et al.,<br><br>            Defendants. | No.: 2:21-cv-00336-BJR<br><br>JOINT STATUS REPORT, REQUEST FOR ADDITIONAL 21-DAY EXTENSION OF STAY, AND ORDER |

    The Parties hereby provide this updated joint status report and respectfully request an additional 21-day extension of the stay. Since the Parties' most recent joint status report (Dkt. 76), the Plaintiffs and several additional defendants ("Settling Defendants") have agreed to resolve their dispute; these Settling Defendants are currently preparing a release agreement and the Parties expect this agreement to be executed within the next few weeks. The Plaintiffs continue their discussions about a potential settlement with four additional defendants: Endurance American Specialty Insurance Company, Westport Insurance Corporation, Great Lakes Insurance SE, and International Insurance Company of Hannover SE.

JOINT STATUS REPORT AND ORDER
NO.: 2:21-CV-00336-BJR

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Given that (i) the Plaintiffs and the Settling Defendants will soon execute a release agreement pursuant to which the Settling Defendants will be dismissed from this litigation; and (ii) the Plaintiffs and the four remaining defendants are actively engaged in settlement discussions, the Parties respectfully seek an order extending the stay for additional 21 days. The Parties further agree that in so extending the stay, no party waives any right, claim, or defense in this action, with the sole exception that, pursuant to the Parties' Stipulated Motion to Stay (Dkt. 70), Defendants agree not to challenge service under Rules 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure. The Parties further agree to file a Joint Status Report no later than November 15, 2022, to provide the Court with an update on the status of this case.

DATED: October 25, 2022

| GORDON TILDEN THOMAS & CORDELL, LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: s/ Greg Pendleton<br>   Dale L. Kingman, WSBA #07060<br>   Greg D. Pendleton, WSBA #38361<br>   Samantha Pitsch, WSBA #54190<br><br>Email: dkingman@gordontilden.com<br>   gpendleton@gordontilden.com<br>   spitsch@gordontilden.com<br><br>*Attorneys for Plaintiffs* | By: s/ Daniel R. Bentson<br>   Daniel R. Bentson, WSBA #36825<br><br>Email: dan.bentson@bullivant.com<br><br>HINSHAW & CULBERTSON<br><br>By: s/ Courtney Murphy<br>   Courtney Murphy, *pro hac vice* (pending)<br><br>Email: courtney.murphy@hinshaw.com<br><br>*Attorneys for Defendants Certain Underwriters at Lloyd's London Subscribing to Policy Nos. BOWPN1900599 and BOWPN1900606, and Partner Re Ireland Insurance DAC* |

JOIN STATUS REPORT AND ORDER
NO.: 2:21-CV-00336-BJR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| | |
|---|---|
| CLYDE & CO. US, LLP<br><br>By: s/ Susan K. Sullivan<br>Susan K. Sullivan, WSBA #21725<br><br>Email: susan.sullivan@clydeco.us<br><br>*Attorneys for Defendants Endurance American Specialty Insurance Company, Continental Casualty Company, and Certain Underwriters at Lloyd's London Subscribing to Policy No. BOWPN1900601* | FORSBERG & UMLAUF, P.S.<br><br>By: s/ Carl E. Forsberg<br>    Carl E. Forsberg, WSBA #17025<br><br>Email: cforsberg@foum.law<br><br>ZELLE, LLP<br><br>By: s/ Jonathan R. MacBride<br>    Jonathan R. MacBride, *pro hac vice*<br>    Matthew L. Gonzalez, *pro hac vice*<br><br>Email: jmacbride@zelle.com<br>        mgonzalez@zelle.com<br><br>*Attorneys for Defendants Everest Indemnity Insurance Company, Arch Specialty Insurance Company, Great Lakes Insurance SE, International Insurance Company of Hannover, SE, and Certain Underwriters at Lloyd's London Subscribing to Policy Nos. BOWPN1900599, BOWPN1900820, and BOWPN19007722* |
| DLA PIPER, LLP (US)<br><br>By: s/ Anthony Todaro<br>    Anthony Todaro, WSBA #30391<br><br>Email: anthony.todaro@dlapiper.com<br><br>*Attorneys for Defendant Westport Insurance Corporation* | |

JOINT STATUS REPORT AND ORDER
NO.: 2:21-CV-00336-BJR

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1 | IT IS SO ORDERED this <u>3rd</u> day of November, 2022.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

JOINT STATUS REPORT AND ORDER
NO.: 2:21-CV-00336-BJR

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930